No. 7,251.—MERCHANTS' FINANCE CORPORATION, Appellant, *v.* C. E. LANSTRUM et al., Respondents.

Decided March 8, 1934.

618

PER CURIAM.—On motion of appellant it is ordered that the appeal herein be dismissed without prejudice.

*Mr. John A. Shelton*, for Appellant.

*Mr. R. F. Gaines* and *Mr. Earle N. Genzberger*, for Respondents.